IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TAKEI MCFARLAND**                                                                      **PLAINTIFF**

**V.**                                            **NO. 4:14-CV-00090-DMB-SAA**

**STANLEY BROOKS, et al.**                                            **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated December 17, 2014, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that the plaintiff acknowledged receipt of the Report and Recommendation on January 2, 2015; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated December 17, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That defendants Earnest Lee, Tom Tabler, Faye Noel, Morgan Farnell, Jeffrey Brown, Archie Longley, Christopher Epps, and Donnis Chatman are **DISMISSED** from this cause with prejudice.

3. That the plaintiff's conspiracy and medical care claims are **DISMISSED**.

4. That the plaintiff's Eighth Amendment claim concerning the working conditions to which he was exposed will **PROCEED** as to defendants Stanley Brooks, Ed Cole, Henry Gipson, and Richard Gipson.

**SO ORDERED**, this 9th day of February, 2015.

                                                         **/s/ Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**